UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES CORLEY, et al.,        ) | |
| ) | |
| Plaintiffs     ) | |
| ) | |
| vs.                                    ) | Case No. 2:09-cv-01812-HNJ |
| ) | |
| FAIRBANKS MORSE PUMP     ) | |
| CORPORATION, et al.,            ) | |
| ) | |
| Defendants     ) | |

## MEMORANDUM OPINION

On December 7, 2017, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the magistrate judge's recommendations. To date, no party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court grant plaintiffs' Motion for Voluntary Dismissal of Bankrupt Defendants Garlock Sealing Technologies, LLC, and Fairbanks Morse Pump

Corporation (Doc. 92) and enter final judgment in this action as to all claims asserted in this action.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** this 9th day of January, 2018.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge